IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>MELISSA REGAN<br><br>　　　　　　Defendant. | **8:20CR115**<br><br><br>**ORDER** |

This matter came before the Court on the defendant's oral motion for release. The Court held a hearing on March 9, 2026. Cheryl M. Kessell represented the defendant. Thomas J. Kangior represented the government. After discussion with counsel, and the Court, being fully advised on the matter, the Court finds that the oral motion should be granted.

**IT IS ORDERED** that:

1.  The defendant's oral motion for release is granted.

2.  Defendant shall be released from the U.S. Marshal's custody on Monday, March 9, 2026, from the Hruska Federal Courthouse in Omaha, Nebraska to the custody of the Douglas County Sheriff or other lawful representatives of the State of Nebraska pending the final disposition of this matter. The U.S. Marshal for the District of Nebraska is directed to place a detainer with the correctional officer having custody of the defendant.

Dated this 9th day of March, 2026.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge